## O'MARA v. WAKE FOREST UNIV. HEALTH SCIENCES

[362 N.C. 85 (2007)]

| | | |
|---|---|---|
| JOSEPH O'MARA, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, LARRY REAVIS; AND JANELLA O'MARA | ) ) ) ) ) | |
| v. | ) ) | ORDER |
| WAKE FOREST UNIVERSITY HEALTH SCIENCES; ET AL | ) ) ) ) | |

No. 414P07

The Court allows plaintiffs' petition for discretionary review as to plaintiffs' issues Number 1 and Number 2:

(1) Does a medical malpractice expert's reliance on a national standard of care automatically disqualify the witness from testifying under G.S. § 90-21.12?; and

(2) When a medical malpractice expert testifies to the existence of a national standard of care, and no evidence is presented regarding the congruity between that national standard and the community standard under G.S. § 90-21.12, should it be presumed that the community standard differs from, or instead conforms to, the national one?

Plaintiffs' petition for discretionary review as to the remaining issues is denied.

By order of the Court in Conference, this 6th day of December 2007.

Hudson, J.
For the Court

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Badrock v. Pickard<br><br>Case below:<br>185 N.C. App. 543 | No. 457P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-1581) | Denied<br>12/06/07<br><br>**Hudson, J.,**<br>**Recused** |
| Ball v. Maynard<br><br>Case below:<br>184 N.C. App. 99 | No. 352P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-1545) | Denied<br>12/06/07 |
| Bio-Medical<br>Applications of<br>N.C., Inc. v.<br>Electronic Data<br>Sys. Corp.<br><br>Case below:<br>183 N.C. App. 489 | No. 391P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-1249) | Denied<br>12/06/07<br><br>**Martin, J.,**<br>**Recused** |
| Britt v. State<br><br>Case below:<br>185 N.C. App. 610 | No. 488A07 | 1. Plt's NOA (Dissent) (COA06-714)<br><br>2. Plt's NOA Based Upon a Constitutional<br>Question | 1. ——<br><br>2. Dismissed<br>*Ex Mero Motu*<br>12/06/07 |
| Bruning & Federle<br>Mfg. Co. v. Mills<br><br>Case below:<br>185 N.C. App. 153 | No. 471P07 | Defs' PWC to Review Decision of COA<br>(COA06-1047) | Denied<br>12/06/07 |
| Department of<br>Transp. v.<br>Fernwood Hill<br>Townhome<br>Homeowners' Ass'n<br><br>Case below:<br>185 N.C. App. 633 | No. 492P07 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA06-964) | Denied<br>12/06/07 |
| In re B.M.<br><br>Case below:<br>186 N.C. App. 304 | No. 509P07 | 1. Petitioner's Motion for Temporary Stay<br>(COA07-525)<br><br><br>2. Petitioner's Petition for Writ of<br>Supersedeas<br><br>3. Petitioner's PDR Under N.C.G.S. 7A-31 | 1. Allowed<br>10/16/07<br>361 N.C. 693<br>Stay Dissolved<br>12/06/07<br><br>2. Denied<br>12/06/07<br><br>3. Denied<br>12/06/07 |

| | | | |
|---|---|---|---|
| In re D.Z.F.<br><br>Case below:<br>184 N.C. App. 187 | No. 328P07 | Respondent's (Father) PDR Under N.C.G.S. § 7A-31 (COA06-995) | Denied<br>12/06/07 |
| In re M.M.<br><br>Case below:<br>185 N.C. App. 730 | No. 476P07 | Respondent's (Father) PDR Under N.C.G.S. 7A-31 (COA07-323) | Denied<br>12/06/07 |
| In re S.L.H.<br><br>Case below:<br>183 N.C. App. 155 | No. 267P07 | Respondent's (Mother) PDR Under N.C.G.S. 7A-31 (COA06-1049) | Denied<br>12/06/07 |
| In re S.L.M., T.S.M.<br><br>Case below:<br>184 N.C. App. 377 | No. 387P07 | Respondent's (Mother) PDR Under N.C.G.S. 7A-31 (COA07-163) | Denied<br>12/06/07 |
| In re S.M.S.<br><br>Case below:<br>182 N.C. App. 765 | No. 247P07 | Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA06-229) | Denied<br>12/06/07 |
| In re T.M.H.<br><br>Case below:<br>186 N.C. App. 451 | No. 530P07 | 1. Respondent.(Father's) Motion for Temporary Stay (COA07-609)<br><br>2. Respondent (Father's) Petition for Writ of Supersedeas<br><br>3. Respondent (Father's) PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>11/01/07<br>361 N.C. 694<br>Stay Dissolved<br>12/06/07<br><br>2. Denied<br>12/06/07<br><br>3. Denied<br>12/06/07 |
| In re Z.D.H.<br><br>Case below:<br>184 N.C. App. 183 | No. 358P07 | Petitioner's (New Hanover DSS) PDR Under N.C.G.S. 7A-31 (COA06-945) | Denied<br>12/06/07 |
| Kimbrell v. Roberts<br><br>Case below:<br>186 N.C. App. 68 | No. 516P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1110) | Denied<br>12/06/07 |
| Litvak v. Smith<br><br>Case below:<br>180 N.C. App. 202 | No. 622P06 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA06-116)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>12/06/07<br><br>2. Dismissed as Moot<br>12/06/07 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| McDowell v. Forsyth Moto-sports, LLC<br><br>Case below:<br>184 N.C. App. 378 | No. 396P07 | 1. Plt's NOA (Substantial Constitutional Question) (COA06-1360)<br><br>2. Plt's PDR Under N.C.G.S. 7A-31 | 1. Dismissed *Ex Mero Motu* 12/06/07<br><br>2. Denied 12/06/07 |
| O'Mara v. Wake Forest Univ. Health Sciences<br><br>Case below:<br>184 N.C. App. 428 | No. 414P07 | Plt's PDR Under N.C.G.S. 7A-31 (COA06-1067) | See Special Order Page 85 |
| Purcell Int'l Textile Grp., Inc. v. Algemene AFW N.V.<br><br>Case below:<br>185 N.C. App. 135 | No. 450P07 | Defs' PDR Under N.C.G.S. § 7A-31 (COA06-1075) | Denied 12/06/07 |
| Standley v. Town of Woodfin<br><br>Case below:<br>186 N.C. App. 134 | No. 531A07 | 1. Plt-Appellant's NOA (Dissent) (COA06-1449)<br><br>2. Plt-Appellant's NOA Based Upon a Constitutional Question | 1. ——<br><br>2. Dismissed *Ex Mero Motu* 12/06/07 |
| State v. Bethea<br><br>Case below:<br>167 N.C. App. 215 | No. 555P07 | Def's PWC to Review Decision of COA (COA03-1108) | Denied 12/06/07 |
| State v. Bryant<br><br>Case below:<br>186 N.C. App. 305 | No. 542P07 | 1. Def-Appellant's NOA (Constitutional Question) (COA06-1555)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def-Appellant's Petition for Writ of Certiorari | 1. ——<br><br>2. Allowed 12/06/07<br><br>3. Denied 12/06/07 |
| State v. Campbell<br><br>Case below:<br>186 N.C. App. 132 | No. 487P07 | 1. AG's Motion for Temporary Stay (COA06-1043)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed 10/04/07 361 N.C. 697 Stay Dissolved 12/06/07<br><br>2. Denied 12/06/07<br><br>3. Denied 12/06/07 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Carter<br><br>Case below:<br>185 N.C. App. 731 | No. 483P07-2 | Def's Motion for Court Appointed Experts Pursuant to N.C.G.S. Sec. 8C-1 Rule 706 (COA07-324) | Dismissed as Moot 12/06/07 |
| State v. Cherry<br><br>Case below:<br>186 N.C. App. 472 | No. 546P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-1384) | Denied 12/06/07 |
| State v. Colson<br><br>Case below:<br>186 N.C. App. 281 | No. 512P07 | 1.  AG's Motion for Temporary Stay (COA07-107)<br><br>2.  AG's Petition for Writ of Supersedeas<br><br>3.  AG's NOA Based Upon a Constitutional Question<br><br>4.  AG's PDR Under N.C.G.S. 7A-31 | 1.Allowed 10/19/07 Stay Dissolved 12/06/07<br><br>2. Denied 12/06/07<br><br>3. Dismissed *Ex Mero Motu* 12/06/07<br><br>4. Denied 12/06/07 |
| State v. Daniels<br><br>Case below:<br>181 N.C. App. 150 | No. 074P07 | Def's PDR Under N.C.G.S. 7A-31 (COA06-282) | Denied 12/06/07<br><br>**Hudson, J., Recused** |
| State v. Davis<br><br>Case below:<br>186 N.C. App. 242 | No. 527P07 | Def's PDR Under N.C.G.S. 7A-31 (COA06-1558) | Dismissed Without Prejudice 12/06/07 |
| State v. Edwards<br><br>Case below:<br>185 N.C. App. 701 | No. 501P07 | Def's PDR Under N.C.G.S. 7A-31 (COA06-1415) | Denied 12/06/07 |
| State v. Greene<br><br>Case below:<br>Cabarrus County Superior Court | No. 544P07 | 1.  Def's Motion for Temporary Stay<br><br>2.  Def's PWC to Review Order of Cabarrus County Superior Court | 1. Denied 11/13/07<br><br>2. Denied 11/13/07 |
| State v. Hall<br><br>Case below:<br>184 N.C. App. 189 | No. 548P07 | Def's PWC to Review Decision of COA (COA06-1436) | Denied 12/06/07 |
| State v. Harris<br><br>Case below:<br>185 N.C. App. 285 | No. 025P06-2 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-111-2) | Denied 12/06/07<br><br>**Hudson, J., Recused** |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| State v. Hatley<br><br>Case below:<br>185 N.C. App. 93 | No. 431P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-817) | Denied<br>12/06/07 |
|---|---|---|---|
| State v. Heinricy<br><br>Case below:<br>183 N.C. App. 585 | No. 325P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-1068) | Denied<br>12/06/07 |
| State v. Hess<br><br>Case below:<br>185 N.C. App. 530 | No. 465P07 | 1.  Def's NOA Based Upon a Constitutional Question (COA06-1413)<br><br>2.  Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*Ex Mero Motu*<br>12/06/07<br><br>2. Allowed |
| State v. Hyatt<br><br>Case below:<br>Buncombe County<br>Superior Court | No. 402A00-3 | 1.  Def's PWC to Review Order of Buncombe County Superior Court<br><br>2.  Def's Motion to Hold Petition in Abeyance (filed 12/12/05)<br><br>3.  Def's Motion to Hold Petition in Abeyance (filed 6/27/06)<br><br>4.  Def's Motion to Allow Supplemental Memorandum in Support of Petition (filed 6/27/06)<br><br>5.  Def's Motion to Hold Petition in Abeyance (filed 7/25/06)<br><br>6.  Def's Motion to Allow Supplemental Memorandum in Support of PWC (filed 1/18/07)<br><br>7.  Def's Motion to Hold Petition in Abeyance (filed 3/5/07)<br><br>8.  Def's "Second" Motion to Hold Petition in Abeyance (filed 5/2/07) | 1. Denied<br>12/06/07<br><br>2. Dismissed<br>as Moot<br>12/06/07<br><br>3. Allowed<br>6/28/06<br><br>4. Allowed<br>6/28/06<br><br>5. Dismissed<br>as Moot<br>12/06/07<br><br>6. Allowed<br>12/06/07<br><br>7. Dismissed<br>as Moot<br>12/06/07<br><br>8. Dismissed<br>as Moot<br>12/06/07 |
| State v. Manning<br><br>Case below:<br>184 N.C. App. 130 | No. 346P07 | 1.  Def's PDR Under N.C.G.S. 7A-31 (COA06-1314)<br><br>2.  Def's PDR Under N.C.G.S. 7A-31 | 1. Dismissed<br>12/06/07<br><br>2. Denied<br>12/06/07 |
| State v. McPhail<br><br>Case below:<br>184 N.C. App. 379 | No. 378P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-1177) | Denied<br>12/06/07 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Minton<br><br>Case below:<br>186 N.C. App. 306 | No. 540P07 | Def-Appellant's PDR Under N.C.G.S.<br>§ 7A-31 (COA06-1566) | Denied<br>12/06/07 |
| State v. Mueller<br><br>Case below:<br>184 N.C. App. 553 | No. 519P07 | Def's PWC to Review Decision of COA<br>(COA05-1524) | Denied<br>12/06/07 |
| State v. Parker<br><br>Case below:<br>185 N.C. App. 437 | No. 462P07 | 1. Defs' Motion for Stay of Execution<br>of the Judgment of Imprisonment<br>(COA06-870)<br><br>2. Defs' Petition for Writ of Supersedeas<br><br>3. Def's NOA Based Upon a Constitutional<br>Question<br><br>4. AG's Motion to Dismiss Appeal<br><br>5. Def's PDR Under N.C.G.S. 7A-31 | 1. Allowed<br>09/21/07<br>361 N.C. 701<br>Stay Dissolved<br>12/06/07<br><br>2. Denied<br>12/06/07<br><br>3. ——<br><br>4. Allowed<br>12/06/07<br><br>5. Denied<br>12/06/07 |
| State v. Rahman<br><br>Case below:<br>181 N.C. App. 176 | No. 182P07 | Def's Motion for "Petition for<br>Discretionary Review Under G.S. 7A-31"<br>(COA06-272) | Denied<br>12/06/07 |
| State v. Ryals<br><br>Case below:<br>179 N.C. App. 73 | No. 593P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-1479) | Denied<br>12/06/07 |
| State v. Smith<br><br>Case below:<br>169 N.C. App. 459 | No. 534P02-2 | Def's PWC to Review the Decision of the<br>COA (COA04-660) | Denied<br>12/06/07<br><br>**Timmons-<br>Goodson, J.,<br>Recused** |
| State v. Teachey<br><br>Case below:<br>183 N.C. App. 492 | No. 534P07 | Def's PWC to Review Decision of COA<br>(COA06-1471) | Denied<br>12/06/07 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Thai<br><br>Case below:<br>185 N.C. App. 544 | No. 007P06-2 | 1. Def's NOA Based Upon a Constitutional Question (COA05-347-2)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 12/06/07<br><br>3. Denied 12/06/07<br><br>**Hudson, J., Recused** |
| State v. Vann<br><br>Case below:<br>181 N.C. App. 151 | No. 524P07 | 1. Def's NOA (Constitutional Question) (COA06-584)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu* 12/06/07<br><br>2. Denied |
| Walker v. Walker<br><br>Case below:<br>174 N.C. App. 778 | No. 053P06-2 | 1. Def's (Wayne Walker) PWC to Review Decision of COA (COA04-1601)<br><br>2. Plt's Motion for Sanctions | 1. Dismissed 12/06/07<br><br>2. Denied 12/06/07 |
| Wilson v. Wilson<br><br>Case below:<br>183 N.C. App. 267 | No. 253P07 | 1. Appellant's (Aylward at Fenton Place) NOA Based upon a Constitutional Question(COA06-1147)<br><br>2. Appellant's (Aylward at Fenton Place) PDR Under N.C.G.S. 7A-31 | 1. Dismissed *Ex Mero Motu* 12/06/07<br><br>2. Denied 12/06/07 |